David SAUERBURGER, in his capacity as Successor Trustee of the Residuary Trust Under Article Fifth of the Last Will and Testament of Chase E. Roof, Plaintiff,

v.

Ralph EBERLY, Lyle Dean Eberly, Gary Presnal, Marjorie Walton, Glade Presnal and Nancy Presnal, Defendants/Respondents,

and

David Drew, Barry Drew, Janine Zimmerman, Elizabeth Spearman, William D. Howell, Charles R. Howell and Richard Howells, Defendants/Appellants.

Nos. ED 81936, ED 81937.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 24, 2003.

Daniel V. Conlisk, Clayton, MO, for plaintiff.

B. Derek Rose, David S. Slavkin, Stephen B. Daiker, Bryan Cave LLP, St. Louis, MO, for respondents Eberly, Presnal, & Walton.

Lawrence G. Gillespie, Gillespie, Hetlage & Coughlin L.L.C., Clayton, MO, for appellants Howell & Howells.

Jane M. Carriker, Clayton, MO, for appellants Drew.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J. and KATHIANNE KNAUP CRANE, J.

*ORDER*

PER CURIAM.

Defendants, David Drew, Barry Drew, Janine Zimmerman, Elizabeth Spearman, William D. Howell, Charles R. Howell, and Richard Howells, appeal from an adverse judgment in an action to construe a will. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).